I just wanted to bring this up real quick. I think we've got a few minutes left. So if we could keep going and talk about what we're actually thinking. I think there's a couple of things. First of all, it's so interesting. Every decision we make, regardless of if it's a simple or hard one, it's always going to be significant. You know, bias also can be an issue, whether it's a simple decision or a decision that's not personally important. The thing is, I think we have to talk about it. I don't think it's a simple decision. I don't think it's a simple decision. I think we have to talk about it. I think we have to talk about it. Hi. My name is Mark. My name is Gordon. I'm from the Department of Consumer Review, and I'm a senior citizen of the department. We work with students and students, which makes a lot of progress, a lot of bias, and a lot of constraints. Gordon, this is Gordon. I'm a senior student. I'm a senior student. And we've been through it. It happens too many times. But that doesn't mean simple people aren't going to show up.
judges: Hawkins, Callahan, Soto